**STATE of Missouri, Respondent,**

v.

**Daniel J. DELANA, Appellant.**

**No. WD 61043.**

Missouri Court of Appeals, Western District.

May 20, 2003.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen L. Kramer, Assistant Attorney

General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and EDWIN H. SMITH, Judge.

## ORDER

PER CURIAM.

Daniel Delana appeals from his conviction for possession of a chemical with the intent to create a controlled substance, § 195.420 RSMo 2000. No jurisprudential purpose would be served by a formal written opinion, however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).